UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                  Chapter: 13
    Ari Camay Shaw
                Debtor(s)           Bankruptcy No: 20−10098−mdc

*ORDER*

**AND NOW,** this 8th day of January 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 1/21/2020.
    Chapter 13 Plan due by 1/21/2020.
    Schedules AB−J due 1/21/2020.
    Statement of Financial Affairs due 1/21/2020.
    Summary of Assets and Liabilities Form B106 due 1/21/2020.
    Means Test Calculation Form 122C−2 − <I>If Applicable</I> − Due: 1/21/2020.
    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C−1 Due: 1/21/2020.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

5
Form 130